**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

―――――――――――

**No. 19-2011**

―――――――――――

CALVIN EARL BROWN,

        Plaintiff - Appellant,

      v.

JENNIFER KNOX, Clerk of Superior Court of Wake County,

        Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern. Louise W. Flanagan, District Judge. (4:19-cv-00108-FL)

―――――――――――

Submitted: December 17, 2019           Decided: December 19, 2019

―――――――――――

Before KING, FLOYD, and HARRIS, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Calvin Earl Brown, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Earl Brown appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his motion to reconsider.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. *Brown v. Knox*, No. 4:19-cv-00108-FL (E.D.N.C. Aug. 26, 2019 & Sept. 11, 2019).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*